**2007–0507. Albrecht v. Treon.**
Certified Question of State Law, United States District Court, Southern District of Ohio, Western Division, No. 1:06CV274. This cause came before the court on the certification of a state law question from the United States District Court for the Southern District of Ohio, Western Division. Upon consideration of the joint motion of petitioners and amici curiae in support of petitioners to allow amici to participate in oral argument,

It is ordered by the court that the motion is granted, and the amici curiae in support of petitioners are permitted to argue the entire 15 minutes allotted to petitioners.

**2007–1282. Gasper Twp. Bd. of Trustees v. Preble Cty. Budget Comm.**
Board of Tax Appeals, No. 2004–T–1152. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellees' motion to supplement the record,

It is ordered by the court that the motion is granted. The documentation attached to appellees' motion to supplement shall be deemed part of the record in this case.

**2007–1396. State v. Elwell.**
Lorain App. No. 06CA008923, 2007-Ohio-3122. This cause is pending before the court as a discretionary appeal and claimed appeal of right. On July 30, 2007, appellant filed a notice of pending motion to certify a conflict. Whereas appellant has not notified this court of the decision on the pending motion to certify a conflict,

It is ordered by the court, sua sponte, that appellant show cause within 14 days of the date of this entry why this court should not proceed to consider the jurisdictional memoranda in this appeal pursuant to S.Ct.Prac.R. III(6).

**2007–2124. In re L.J.**
Clermont App. No. CA2007–07–080, 2007-Ohio-5498. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon review of the appeal it appears that the case involves the termination of parental rights. Accordingly,

It is ordered by the court, sua sponte, that this case shall proceed according to the Rules of Practice of the Supreme Court of Ohio governing the termination of parental rights or adoption of a minor child. Appellee's memorandum in response shall be filed no later than 20 days from the date of this entry.

**2007–2153. Ikharo v. Franklin Cty. Prosecutor.**
Franklin App. No. 07AP–380, 2007-Ohio-5582. This cause was filed as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's jurisdictional memorandum, it is determined by the court that this cause originated in the court of appeals and should proceed as an appeal of right pursuant to S.Ct.Prac.R. II(1)(A)(1).

It is ordered by the court that the Clerk shall issue an order for the transmission of the record from the Court of Appeals for Franklin County, and the parties shall brief this case in accordance with S.Ct.Prac.R. VI.

# DISCIPLINARY CASES

**2007–1570. Butler Cty. Bar Assn. v. Portman.**
This matter is pending before the court upon the filing on August 21, 2007, of a report by the Board of Commissioners on Grievances and Discipline recommending that respondent be permanently disbarred. On October 17, 2007, respondent filed a motion to supplement the record. Relators filed separate responses to the motion. Upon consideration thereof,

It is ordered by the court that respondent's motion is hereby granted.

MOYER, C.J., dissents.